# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS J. MOSKAL; DAVID MONJE; OFELIA L. MONJE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
    and
NEVADA PROPERTY 1, LLC, FOREIGN LIMITED LIABILITY COMPANY, D/B/A THE COSMOPOLITAN OF LAS VEGAS; DAVE LOGUE; RICK FERGUSON; HERNAN KOO; AND DERRICK LAFLEUR,
Real Parties in Interest.

No. 81341

FILED

JUL 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying petitioners' motion to strike an expert witness.

Having considered petitioners' arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioners

have an adequate remedy in the form of an appeal from a final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.
Hardesty

_____ , J.
Stiglich

cc: Hon. Richard Scotti, District Judge
Nersesian & Sankiewicz
Brandon Smerber Law Firm
Eighth District Court Clerk